===============================================================================

***** UNITED STATES DISTRICT COURT *****

_NORTHERN_ DISTRICT OF _NEW YORK_

JUDGMENT IN A CIVIL CASE

DOCKET NO.   **6:06cv793 (LEK)**

JAMES W. HAWKINS,
LORI JO HAWKINS,

       **Appellants**

v.

PAUL A. LEVINE, Trustee

       **Appellee**

_____   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  x      **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Bankruptcy appeal is dismissed, in accordance with the Order of the Hon. Lawrence E. Kahn, US District Judge, dd 10/26/06.

_[signature]_
Clerk of Court

DATE: **November 1, 2006**

s/WILLIAM J. GRIFFIN
By: _____
DEPUTY CLERK